Per
 
 Curiam.
 

 irt this case, the judgment of the Court below must be reversed
 
 \
 
 because after the appeal to this Court in 1826, the Superior Court
 
 of
 
 Rutherford could take no farther order in the cause, unless a new trial Was directed by the Supreme Court. By the appeal, the whole case is removed, and never gets back, but for the purpose of a new trial. Here the judgment was arrested, and consequently the case came to an end here. The certificate sent down by the Clerk of this Court is rendered necessary by the act of 1825, thai the costs below may he collected. And in such a case as this, that is the sole purpose of it.
 

 The Clerk however made a mistake, hot!) in the certificate sent to Rutherford, and in drawing out the judgment here. When judgment is arrested, neither party recovéi s costs, hut each pays his own. The original entry on the minutes is right. The error was committed in engrossing it. It must now be corrected by the minutes, and certified again to the Clerk of Rutherford Superior Court j which is ordered accordingly.